UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JENNIFER ERRICKSON, MARK TROVATO, LINDSAY DUBOIS AND DIANA GORDON**<br><br>Plaintiffs,<br><br>v.<br><br>**PAYCHEX, INC.**<br><br>Defendant. | **ORDER**<br><br>Civil Action No: 6:19-cv-06347 |

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR SETTLEMENT APPROVAL

This matter came before the Court on Plaintiffs' Unopposed Motion for Settlement Approval (the "Motion"). Having reviewed the Motion, the Collective Action Settlement Agreement and Release ("Agreement"), and the exhibits attached thereto, it is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015), the Court has considered the Motion, including in light of the factors articulated in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012). Upon such consideration, the Motion is hereby **GRANTED**.

2. The Court approves the Agreement in its entirety and finds that the settlement resolves a bona fide dispute, is fair, reasonable and adequate, and does not impermissibly frustrate the implementation of the Fair Labor Standards Act in the workplace.

3. Upon consideration of the Motion, as well as the parties' statements at the motion hearing on February 17, 2021, the Court finds that all the terms described in the Agreement are fair, reasonable and adequate as to all Parties and the Settlement Collective Members, and are therefore approved.

4. Further, the Court has considered the requested costs and attorney's fees, including in light of the factors articulated in *Goldberger v. Integrated Res., Inc.*, 209 F.3d 43 (2d Cir. 2000), and finds that the agreed-upon fee award is reasonable. Accordingly, the Court approves attorney's fees in the amount of $50,295.35 and costs in the amount of $704.65.

5. This Action is **DISMISSED WITH PREJUDICE** in accordance with the terms of the Agreement.

6. The Court will **RETAIN JURISDICTION** to enforce the Agreement.

7. The case is **CLOSED**.

SO ORDERED

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated: February 18, 2021